RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara @fd.org

Attorney for David R. Merjil

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID R. MERJIL,<br><br>        Defendant. | Case No. 2:09-mj-00415-GWF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for David R. Merjil, that the Status Conference currently scheduled on May 10, 2018 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than seven (7) days.

    This Stipulation is entered into for the following reasons:

    1.    Undersigned counsel has mandatory training on May 10, 2018.

    2.    Counsel also needs additional time to review Mr. Merjil's requirements and may need to obtain additional documentation.

    3.    The defendant is released from custody and does not oppose a continuance.

1     4.     The parties agree to the continuance.

2     5.     Counsel also respectfully requests that the status conference be held after 12:00 p.m. she has two other hearings in the morning.

This is the first request for a continuance of the status check.

DATED this 2nd day of May, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID R. MERJIL,<br><br>    Defendant. | Case No. 2:09-mj-00415-GWF<br><br>**ORDER** |

    IT IS ORDERED that the Status Conference currently scheduled for Thursday, May 10, 2018 at 2:30 p.m., be vacated and continued to **Friday, May 25, 2018** at the hour of **9:30 a.m. in courtroom 3C.**

    DATED this 4th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE